[Doc. No. 6]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AKUMA-EZE : AKUMA,<br><br>              Plaintiff,<br><br>   v.<br><br>DR. BENJAMIN LIBERATOR, et al.<br><br>              Defendants. | Civil No. 08-928-JBS-AMD |

**ORDER**

    This matter comes before the Court by way of motion of New Jersey Attorney General Anne Milgram, by Gerard Hughes, Deputy Attorney General, on behalf of Defendants Benjamin Liberatore, M.D., Evelyn Ngwa, J. Harris, Gregory Roberts, CEO, Jennifer Velez, Commissioner, Anne Milgram, Attorney General, and the State of New Jersey, seeking an extension of the time in which to answer, move, or otherwise reply to Plaintiff's complaint, pursuant to FED. R. Civ. P. 6(b)(1)(B); and the Court having reviewed the submissions of the Defendants; and no opposition to the motion having been filed, and the time for filing opposition having expired; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown:

    IT IS on this 5th day of May 2008,

    **ORDERED** that Defendants' motion for an extension of time in which to answer, move, or otherwise reply to Plaintiff's complaint

shall be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Defendants are hereby granted leave to answer, move or otherwise reply to Plaintiff's complaint within twenty (20) days from the date of entry of this Order.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Jerome B. Simandle